| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>APR 06 2011<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| LAWRENCE BEAUMONT,<br><br>           Plaintiff - Appellant,<br><br> v.<br><br>GOVERNMENT OF THE CITY OF EDGEWOOD; et al.,<br><br>           Defendants - Appellees. | No. 11-35091<br><br>D.C. No. 3:10-cv-01355-PK<br>U.S. District Court for Oregon, Portland<br><br>**MANDATE** |

The judgment of this Court, entered March 15, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                            FOR THE COURT:
                                            Molly C. Dwyer
                                            Clerk of Court

                                            Lee-Ann Collins
                                            Deputy Clerk

**FILED**

**MAR 15 2011**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| LAWRENCE BEAUMONT, | No. 11-35091 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 3:10-cv-01355-PK |
| v. | District of Oregon, Portland |
| GOVERNMENT OF THE CITY OF EDGEWOOD; et al., | ORDER |
| Defendants - Appellees. | |

Before: LEAVY, TASHIMA, and BYBEE, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Wilborn v. Escalderon*, 789 F.2d 1328 (9th Cir. 1986) (denial of appointment of counsel in civil case is not appealable); *see also In re San Vicente Med. Partners Ltd.*, 865 F.2d 1128, 1131 (9th Cir. 1989) (order) (magistrate judge order not final or appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

SM/Pro Se