IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LAWRENCE BEAUMONT,                          10-CV-1355-PK

      Plaintiff,                            ORDER

v.

GOVERNMENT OF THE CITY OF
EDGEWOOD; JEFF HOGAN, Mayor,
Edgewood Council Member; MIKE
KELLY, Deputy Mayor, Edgewood
Council Member; PAUL CROWLEY,
Edgewood Council Member;
DARYL EIDINGER, Edgewood
Council Member; DONNA
O'RAVEZ, Edgewood Council
Member; DAVE OLSON, Edgewood
Council Member; STEVE COPE,
Edgewood Council Member; MARK
BAUER, City Manager; and ED
KNUTSON,

      Defendants.

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#30) on March 15, 2011, in which he recommends this Court grant Defendants' Motion (#14) to Dismiss. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

<u>CONCLUSION</u>

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#30). Accordingly, the Court **GRANTS** Defendants' Motion (#14) to Dismiss and **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 24th day of May, 2011.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge

2 - ORDER