IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LAWRENCE BEAUMONT,** | 10-CV-1355-PK |
| **Plaintiff,** | **JUDGMENT** |
| v. | |
| **GOVERNMENT OF THE CITY OF EDGEWOOD; JEFF HOGAN,** Mayor, Edgewood Council Member; **MIKE KELLY,** Deputy Mayor, Edgewood Council Member; **PAUL CROWLEY,** Edgewood Council Member; **DARYL EIDINGER,** Edgewood Council Member; **DONNA O'RAVEZ,** Edgewood Council Member; **DAVE OLSON,** Edgewood Council Member; **STEVE COPE,** Edgewood Council Member; **MARK BAUER,** City Manager; and **ED KNUTSON,** | |
| **Defendants.** | |

    Based on the Court's Order (# 33) issued on May 24, 2011, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 24th day of May, 2011.

                                                            /s/ Anna J. Brown

                                                            ANNA J. BROWN
                                                            United States District Judge

1 - JUDGMENT